AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

EASTERN DISTRICT OF WASHINGTON

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

APR 20 2001

JAMES R. LARSEN, CLERK
_____ DEPUTY
YAKIMA, WASHINGTON

UNITED STATES OF AMERICA
V.
JOSE MANUEL TORRES-FARIAS

**CRIMINAL COMPLAINT**

CASE NUMBER: M-01-4106-01

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __April 17, 2001__ in __Franklin__ county, in the __Eastern__ District of __Washington__ defendant(s) did, (Track Statutory Language of Offense)

move and travel in interstate commerce from Washington State, in the Eastern District of Washingotn, with intent to avoid prosecution under the laws of the State of Washington for the crime of Murder in the First Degree, said crime being a felony under the laws of the State of Washington

in violation of Title __18__ United States Code, Section(s) __1073__.

I further state that I am a(n) __Special Agent__ and that this complaint is based on the following
Official Title
facts:

1. That your complainant is a Special Agent of the FBI with offices at Yakima, WA, and in said capacity if famliar with the files and records of the FBI and of the Franklin County, Washington Prosecutor's Office as the same concern Jose Manuel Torres-Farias.
2. That based upon his knowledge as aforesaid, an Information was filed in Franklin County, WA, charging the defendant with Murder in the First Degree in violation of the laws of the State of Washington, cause number 01-1501525.
3. That based upon his knowledge as aforesaid, JOSE MANUEL TORRES-FARIAS has not been seen in the Franklin County area since April 17, 2001, and investigation by local law enforcement authorities indicate the defendant has fled to Mexico.

Continued on the attached sheet and made a part hereof: ☐ Yes  ☒ No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

04-20-2001                                      at        Yakima, WA
Date                                                       City and State

LONNY R. SUKO
United States Magistrate Judge                  _____
Name & Title of Judicial Officer                 Signature of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.